## CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Wayne Adam Narcho**<br>DOB: 1964; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01271MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 29, 2025, in the District of Arizona, **Wayne Adam Narcho**, knowing and in reckless disregard of the fact that certain illegal aliens, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens, including Javier Francisco Barraza-Torres and Ramon Gustavo Medina-Centeno, within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 29, 2025, in the District of Arizona (Tecolote), at approximately 9:00 a.m., Border Patrol agents (BPAs) driving down Federal Route (FR-12) were notified that a Border Patrol camera captured images of eight suspected illegal aliens (IA) standing around in the desert north of the International Boundary Fence (IBF) near the border road. Shortly after the notification, BPAs learned a black Chevrolet truck was seen on camera and appeared to be picking up the IAs. After the truck picked up the IAs, it started driving north from the border road. BPAs responded, driving south to intercept the vehicle. While driving south of Tecolote on a dirt road, BPAs observed a black truck with pieces of wood stacked in the truck bed pass them, heading north. It matched the description of the truck that picked up the IAs so BPAs turned around and followed the truck. The truck turned onto FR-12 and continued to drive north towards Cowlic, Arizona. While BPAs were following the truck, air support surveilled the truck and reported they had visual of subjects laying down in the bed of the truck. BPAs observed there was a large amount of wood in the bed of the truck and surmised the suspected IAs were likely laying under the wood in an attempt to conceal themselves. BPAs initiated a vehicle stop on FR-20 near mile marker 7 to conduct an immigration inspection. As BPAs approached, they noticed there were several people lying down in the bed of the truck. There were also several individuals in the passenger compartment of the truck. The driver, later identified as **Wayne Adam Narcho**, was arrested for alien smuggling. As agents interacted with the passengers in the truck, some fled from the truck bed and passenger compartment. Agents pursued and, in total, ten passengers, including one juvenile, and the driver, **Narcho**, were arrested. BPAs conducted immigration inspections of the passengers and determined they were Mexican and Honduran citizens illegally present in the United States. Record checks revealed that all subjects, including Javier Francisco Barraza-Torres and Ramon Gustavo Medina-Centeno, do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Javier Francisco Barraza-Torres stated he is a Mexican citizen, and his father-in-law arranged for him, his wife, and their juvenile son to be smuggled into the United States for $15,000 per person. A smuggler took them to the border where they waited for approximately 1.5 days until they were told a vehicle was on its way to pick them up. They waited approximately 500 meters south of the border.   **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Javier Francisco Barraza-Torres and Ramon Gustavo Medina-Centeno

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1]) *(signature)* | DATE<br>October 30, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**                                                                 25-01271MJ

Barraza stated a black double cabin Chevrolet pickup truck approached the International Border Fence. The smuggler then waived at the truck and the driver made a u-turn and parked close to a wash. Barraza and his family illegally crossed into the United States and entered the pickup truck. Barraza stated other people from his group entered the back seat of the truck and others got into the bed of the pickup truck. The smuggler then covered the people in the bed of the truck with blankets and lumber. Barraza identified **Wayne Adam Narcho** as the driver of the truck from a photo array.

Material Witness Ramon Gustavo Medina-Centeno is a Honduran citizen, and his uncle made his smuggling arrangements. Medina did not know how much he would have to pay and whether he would have to pay his uncle back. Medina illegally entered the United States with 10 other subjects and loaded into a black pickup truck driven by a "senor" (older man). Medina was unable to identify the driver from a photo lineup.